HUGH H. MAWHINNEY, on Behalf of Himself and Others, Respondent, *v.* CORNELIUS N. BLISS et al., Defendants, and EDMUND C. CONVERSE, Appellant.

*Mawhinney* v. *Bliss,* 117 App. Div. 255, affirmed.
(Argued May 21, 1907; decided June 4, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1907, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for an accounting.

The following question was certified: "Does the complaint herein state facts sufficient to constitute a cause of action against the defendant Edmund C. Converse?"

*Francis D. Pollak* and *William J. Curtis* for appellant.

*Roger Foster* and *James A. Allen* for respondent.

Order affirmed, with costs, and question certified answered in affirmative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.